**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| RACHELLE LAWRENCE,<br><br>Plaintiff,<br><br>v.<br><br>JACOB J. LEW, *Secretary of the Treasury*,<br><br>Defendants. | ) | Civil Action No. 11-cv-1854 (KBJ) |

**ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge G. Michael Harvey's [40] Report and Recommendation is A**DOPTED** in its entirety. It is

**FURTHER ORDERED** that Defendant's [29] Motion for Judgment on the Pleadings and for Summary Judgment is **GRANTED** and that Plaintiff's [38] Motion for Leave to Amend Her Complaint is **DENIED**.

DATE: January 12, 2016

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge